FILED'08 MAY 01 20:15 USDC-ORP

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| TERESA GIBSON, | Case No. 3:07-CV-1408-KI |
| Plaintiff, | |
| | JUDGMENT AND ORDER OF REMAND |
| v. | |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will further evaluate each of the seven lay witness statements submitted in support of Plaintiff's application. (Tr. 146-53.) The ALJ will reassess Plaintiff's credibility and residual functional capacity in light of the lay witness

Page 1   JUDGMENT AND ORDER OF REMAND [3:07-CV-1408-KI]

statements. In reassessing the Plaintiff's residual functional capacity, the ALJ will provide a more detailed assessment as required by Social Security Ruling 96-8p. If necessary, the ALJ will obtain additional vocational expert testimony.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 30 day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Carol A. Hoch
CAROL A. HOCH
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
(206) 615-2684
Of Attorneys for Defendant