IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| TERESA GIBSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1408-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    David W. Hittle
    Swanson, Lathen, Alexander & McCann
    Suite 1000, 388 State Street
    Salem, Oregon  97301

        Attorney for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon

Page 1 - ORDER

Britannia I. Hobbs
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Carol A. Hoch
Social Security Administration
Office of General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

    The Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $3,709.80.

    Dated this    21st    day of May, 2008.

                                    /s/ Garr M. King
                                    Garr M. King
                                    United States District Judge